McGREGOR W. SCOTT
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                              )<br>              Plaintiff,      )<br>                                              )<br>      v.                              )<br>                                              )<br> AGUSTIN ISORDIA-FRANCO,    )<br>                                              )<br>              Defendant.      )<br>_____) | Mag. No. S-07-0364 DAD<br><br>STIPULATION AND ORDER<br>CONTINUING PRELIMINARY HEARING<br>AND EXCLUDING TIME |

   IT IS HEREBY STIPULATED by and between Assistant United States Attorney Kyle Reardon, counsel for the plaintiff, and Assistant Federal Defender Jeff Staniels, counsel for defendant Agustin Isordia-Franco, that good cause exists to extend the preliminary hearing currently set for Thursday, December 6, 2007, at 2:00 p.m. to Thursday, December 13, 2007, at 2:00 p.m., pursuant to Federal Rule of Criminal Procedure 5.1(d). This is the first request by the parties for an extension of time for the preliminary hearing.

   Good cause exists to extend the time for the preliminary hearing within the meaning of Rule 5.1(d) because more time will permit the parties to investigate potentially dispositive aspects of this case, including a claim that the defendant in this immigration

1 case may have been lawfully in the country at the time of his
2 alleged offense.  The parties are engaging in pretrial investigation
3 and preliminary discussions based on that investigation and believe
4 that a resolution may be possible.

5     Counsel further stipulate that an exclusion of time from now
6 until Thursday, December 13, 2007, is appropriate under the Speedy
7 Trial Act because the government will be investigating claims to
8 lawful residence made by the defendant.  As a result, counsel for
9 both parties believe time should be excluded under Local Code T4 to
10 allow reasonable time for the parties to engage in pretrial
11 investigation.  18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4.

Respectfully Submitted,

McGREGOR W. SCOTT
United States Attorney

Dated: December 5, 2007      */s/ Kyle Reardon*
KYLE REARDON
Assistant U.S. Attorney

Dated: December 5, 2007      */s/ Kyle Reardon* for
JEFF STANIELS
Counsel for the defendant

<u>ORDER</u>

Based upon the representations by counsel and the stipulation of the parties, **IT IS HEREBY ORDERED** that:

1. The Court finds good cause to extend the Preliminary Hearing currently set for Thursday, December 6, 2007, at 2:00 p.m., to Thursday, December 13, 2007, at 2:00 p.m., pursuant to Federal Rule of Criminal Procedure 5.1(d);

2. Based upon the above representations and stipulation of the parties, the Court further finds that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded through Thursday, December 13, 2007.

IT IS SO ORDERED.

Dated: December 5, 2007

_/s/ Edmund F. Brennan_
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE